| | | |
|---|---|---|
| **ANNE IKPONMWONBA** *PLAINTIFF,* | § § § | |
| **V.** | § § | **CAUSE NO. 1:25-cv-01113** |
| **TEXAS HEALTH AND HUMAN SERVICES COMMISSION; RIO GRANDE STATE CENTER; LEAH NUNEZ; AND SONIA HERNANDEZ,** *DEFENDANTS.* | § § § § § § | |

## DEFENDANTS' NOTICE OF REMOVAL

NOW COMES Defendants Texas Health and Human Services Commission ("HHSC"), Rio Grande State Center ("RGSC")1, Leah Nunez and Sonia Hernandez by and through their undersigned counsel, and would respectfully show the Court that:

1.     **Removal Provision:**  This removal is pursuant to 28 U.S.C. § 1441(a). Plaintiff seeks actual and exemplary damages based on "Causes of Action" arising under the Americans with Disabilities Act ("ADA"), Title VII of the Civil Rights Act of 1964 ("Title VII"), the Age Discrimination in Employment Act 29 USC § 621 et seq (ADEA), and 42 U.S.C. §§ 1981 and 1983.

2.     **State Action:**  This action was initially filed in the 103rd Judicial District Court of Cameron County, Texas, on June 6, 2025, Cause No. 2025_DCL-03238-D. Plaintiff is Anne Ikponmwonba. Defendants are Texas Health and Human Services Commission ("HHSC"), Rio

---

1 The Rio Grande State Center is not a separate and distinct state entity. Rather, HHSC is the government agency that operates this facility. RGC is not a proper party to this lawsuit.

Grande State Center ("RGSC"), Leah Nunez, and Sonia Hernandez. All Defendants have been served with this lawsuit. Venue is proper in the United States District Court for the Western District of Texas, Austin Division.

3.     **Nature of the Lawsuit:**  This is a labor and employment case, the facts of which surround Plaintiff's termination from her position at HHSC.  Plaintiff claims discrimination in violation of the ADEA, ADA Title VII and further makes unspecified claims under 42 U.S.C. § 1981 and 1983. Defendants deny Plaintiff's claims in their entirety.

4.     **Jury Demand:**  Plaintiff has demanded a trial by jury.

5.     **Consent**:  Upon information and belief all named Defendants have been served at the time of this removal and consent to the removal.

6.     **Removal Requirements of 28 U.S.C. §1441:**  Plaintiff's allegations regarding violation of her Federal Constitutional rights raise federal questions under 42 U.S.C. §§ 1981 and 1983, as well as federal employment claims, including violations of Title VII, the ADA, and ADEA.

7.     **Compliance with Deadline:**  Defendants Leah Nunez and Sonia Hernandez were served with the Plaintiff's Original Petition on June 23, 2025, via personal service.  Defendants have 30 days in which to remove. Therefore, this removal is timely. All Defendants consent to this removal.

8.     **State Court Pleadings:**  A true and correct copy of all process and pleadings served upon Defendants in the state court action is being filed with this notice as required by 28 U.S.C. § 1446(a).

ACCORDINGLY, Defendants pray that this cause be removed to the United States District Court Western District of Texas, Austin Division, pursuant to Section 1441 of Title 28 of the United States Code.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Texas Bar No. 24104597
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4475 | FAX: (512) 320-0667
kyle.argenbright@oag.texas.gov
**LEAD COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with TRCP 21a on this the 17th day of July 2025, to:

Law Office of Jose G. Gonzalez
4129 N. 22nd Street, Suite 8
McAllen, Texas 78504
(956) 731-4324

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Assistant Attorney General