**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ANNE IKPONMWONBA** | § | |
| *PLAINTIFF,* | § | |
| | § | |
| **V.** | § | **CAUSE NO. 1:25-cv-01113** |
| | § | |
| **TEXAS HEALTH AND HUMAN** | § | |
| **SERVICES COMMISSION; RIO** | § | |
| **GRANDE STATE CENTER; LEAH** | § | |
| **NUNEZ; AND SONIA** | § | |
| **HERNANDEZ,** | § | |
| *DEFENDANTS.* | | |

## <u>COUNSEL OF RECORD</u>

**Plaintiff: Anne Ikponmwonba**
Represented by:
Law office of Jose G. Gonzalez
4129 N. 22nd Street, Suite 8
McAllen, Texas 78504
(956) 731-4324

**Defendant: Health and Human Services Commission**
Represented by:
Kyle Argenbright
Assistant Attorney General
Texas Bar No24104597
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4475 | FAX: (512) 320-0667
Kyle.argenbright@oag.texas.gov

Date: July 17, 2025

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Texas Bar No. 24104597
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4475 | FAX: (512) 320-0667
kyle.argenbright@oag.texas.gov
 **LEAD COUNSEL FOR DEFENDANT**

***ATTORNEYS FOR HHSC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with TRCP 21a on this the 17th day of July 2025, to:

Law office of Jose G. Gonzalez
4129 N. 22nd Street, Suite 8
McAllen, Texas 78504
(956) 731-4324

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Assistant Attorney General