**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ANNE IKPONMWONBA<br>    *PLAINTIFF,* | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO.  1:25-cv-01113 |
| | § | |
| TEXAS HEALTH AND HUMAN | § | |
| SERVICES COMMISSION; RIO | § | |
| GRANDE STATE CENTER; LEAH | § | |
| NUNEZ; AND SONIA | § | |
| HERNANDEZ, | § | |
|     *DEFENDANTS.* | | |

## <u>PLEADINGS INDEX</u>

1. State Court Docket Sheet ................................................................ 001

2. Plaintiff's Original Petition ………………………………….. ……………..… 005

3. Exhibit A to Plaintiff's Original Petition ............................................. 024

4. Citation by Certified Mail-Texas Health and Human Services ............... 027

5. Citation by Certified Mail-Rio Grande State Center ............................. 030

6. Citation for Leah Nunez- Not Served ................................................ 033

7. Citation for Sonia Hernandez- Not Served ……………………………….... 035

8. Return of Service for Texas Health and Human Services …………….…… 037

9. Certified Mail for Texas Health and Human Services …………………......038

10. Personal Service re Leah Nunez ………………………………………….....039

11.  Personal Service re Sonia Hernandez …………………………………… 041

12. Return Receipt for Rio Grande State Center …………………………… 043

13. Citation by Certified Mail for Rio Grande State Center ......................... 044

14. Certified Mail Return for Texas Health and Human Services ................. 046

15. Defendant Health and Human Services Commission's Notice of Removal ..047

Date: July 17, 2025

<div style="margin-left:40%">

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Texas Bar No. 24104597
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4475 | FAX: (512) 320-0667
kyle.argenbright@oag.texas.gov


**LEAD COUNSEL FOR DEFENDANT**

</div>

## CERTIFICATE OF SERVICE

I certify that that on July 17, 2025, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

Chad Levy
State Bar No. 24117779
Law Offices of Levy & Levy, P.A.
325 N. Saint Paul St., Suite 3100
Dallas, Texas 75201
954-763-5722
Assistant@levylevylaw.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Assistant Attorney General

## Case Information

2025-DCL-03238 | Anne Ikponmwonba vs. Texas Health and Human Services Commission,Rio Grande State Center,Leah Nunez,Sonia Hernandez

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 2025-DCL-03238 | 103rd District Court | Leal, Janet L. |
| File Date | Case Type | Case Status |
| 06/06/2025 | Civil-Other Civil | Pending |

## Party

Plaintiff
Ikponmwonba, Anne

Active Attorneys ▾
Lead Attorney
Hernandez, Carlos E., Jr.
Retained

Defendant
Texas Health and Human Services Commission

Active Attorneys ▾
Lead Attorney
Argenbright, Kyle
Retained

Defendant
Rio Grande State Center

Active Attorneys ▾
Lead Attorney
Argenbright, Kyle
Retained

Defendant

Active Attorneys ▾

Appx. 001

Nunez, Leah                                            Lead Attorney
                                                      Argenbright, Kyle
                                                      Retained

Defendant                                             Active Attorneys ▾
Hernandez, Sonia                                      Lead Attorney
                                                      Argenbright, Kyle
                                                      Retained

## Events and Hearings

06/06/2025 Original Petition (OCA) ▾

Comment
Plaintiff Anne Ikponmwonba's Original Petition

06/06/2025 Efiled Original Petition Document ▾

Comment
Plaintiff Anne Ikponmwonba's Original Petition

06/06/2025 Exhibits ▾

Comment
Exhibit A

06/06/2025 Jury Fee Paid (OCA)

06/09/2025 Citation by Certified Mail Issued ▴

06/09/2025 Citation by Certified Mail Issued ▾

Comment
9269 3901 0661 5400 0208 2742 73

06/09/2025 Citation Issued ▾

Appx. 002

Comment
Emailed Citation to marilynn.jgglaw@gmail.com as per EFile request

06/09/2025 Citation Issued ▾

Comment
Emailed Citation to marilynn.jgglaw@gmail.com as per EFile request

06/09/2025 Citation by Certified Mail ▾

Served
06/16/202511:24 AM

Anticipated Server
United States Postal Service

Anticipated Method
Certified Mail
Actual Server
United States Postal Service

Returned
06/17/2025 9:42 AM

06/09/2025 Citation by Certified Mail ▾

Unserved

Anticipated Server
United States Postal Service

Anticipated Method
Certified Mail

06/09/2025 Citation ▾

Unserved

Anticipated Server
Other

Anticipated Method
In Person

06/09/2025 Citation ▾

Unserved

Anticipated Server
Other

Anticipated Method
In Person

Appx. 003

06/17/2025 Service Return ▾

    Comment
    Served

07/07/2025 Original Answer ▾

    Comment
    Defendants' Original Answer, General Denial and Defenses

## Financial

Ikponmwonba, Anne

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $601.00 |
| | Total Payments and Credits | | | $601.00 |
| 6/6/2025 | Transaction Assessment | | | $601.00 |
| 6/6/2025 | E-File Electronic Payment | Receipt # 2025-12967 | Ikponmwonba, Anne | ($464.00) |
| 6/6/2025 | State Credit | | | ($137.00) |

Appx. 004

FILED - 6/6/2025 3:42 PM
2025-DCL-03238 / 101734139
LAURA PEREZ-REYES
Cameron County District Clerk
By Gina Elias Deputy Clerk

CAUSE NO. 2025-DCL-03238

| | | |
|---|---|---|
| ANNE IKPONMWONBA | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| V. | § | |
| | § | Cameron County - 103rd District Court |
| TEXAS HEALTH AND HUMAN | § | |
| SERVICES COMMISSION; | § | _____ JUDICIAL DISTRICT |
| RIO GRANDE STATE CENTER; | § | |
| LEAH NUNEZ; AND | § | |
| SONIA HERNANDEZ | § | |
| *Defendant.* | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF ANNE IKPONMWONBA'S ORIGINAL PETITION

TO THE HONORABLE COURT:

COMES NOW, ANNE IKPONMWONBA, (hereinafter referred to as Plaintiff) complaining of TEXAS HEALTH AND HUMAN SERVICES COMMISSION, (hereinafter referred to as the Defendant employer) and for such causes of action would respectfully show unto the Court and the Jury, as follows:

### I.
### Discovery Level

1.1 Discovery in this litigation is intended to be conducted under Level 3, Texas Rule of Civil Procedure 190. The damages in this case are in excess of $200,000.00 but do not exceed the jurisdictional limit of $750,000.00. This court has jurisdiction over the parties and over the controversy because the damages are within the jurisdictional limits of the court.

### II.
### Parties

2.1 Plaintiff, ANNE IKPONMWONBA, is an individual residing in Harlingen, Cameron County, Texas.

---

Anne Ikponwonmba's Original Petition          Appx. 005          1

2.2 Defendant, Texas Health and Human Services Commission, is a political subdivision, namely a state health commission, duly licensed to conduct business in the State of Texas and may be served pursuant to the Texas Rules Civil Procedure by serving its Executive Commissioner via Certified Mail Return Receipt Requested, as follows

**Dr. Cecile Erwin Young**
1100 West 49TH St.
Austin, Texas 78756

2.3 Service of citation is requested *via Certified Mail, Return Receipt Requested.*

2.4 Defendant, Rio Grande State Center, is a political subdivision, namely a state hospital, duly licensed to conduct business in the State of Texas and may be served pursuant to the Texas Rules Civil Procedure by serving its Executive Commissioner via Certified Mail Return Receipt Requested, as follows

**Sonia-Keeble Hernandez**
1401 S. Rangerville Rd,
Harlingen, Texas 78552

2.5 Service of citation is requested *via Certified Mail, Return Receipt Requested.*

2.6 Leah Nunez, individually and in her official capacity as a Director of Pharmacy at Rio Grande State Center can be served at 1401 S. Rangerville Rd, Harlingen, Texas 78552.

2.7 Service of citation is requested *via Personal Process Server.*

2.8 Sonia-Keeble Hernandez, individually and in her official capacity as a Superintendent at Rio Grande State Center can be served at 1401 S. Rangerville Rd, Harlingen, Texas 78552.

2.9 Service of citation is requested *via Personal Process Server.*

III.

## <u>Venue and Jurisdiction</u>



3.1 Venue is proper in Cameron County, Texas in that the incident made the basis of this cause of action occurred in Cameron County, Texas.

3.2 This action is brought to remedy discrimination on the basis of race, Black, in terms, conditions and privileges of employment, in violation of Title VII of the Civil rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. (Title VII); and 42 U.S.C. § 1981; The Age Discrimination in Employment Act 29 USC § 621 et seq. (ADEA); The Americans With Disabilities Act 42 USC § 1.2102 et seq. (ADA); 29 USC § 206(d) as well as violations of Chapter 21. 001 et. seq.

3.3 Injunctive and declaratory relief, damages and other appropriate legal and equitable relief are sought pursuant to 42 U.S.C. § 2000e-5(f) and (g); and 42 U.S.C. § 1981; and 42 USC § 1988.

3.4 Plaintiff has complied fully with all prerequisites for jurisdiction in this Court under Title VII. Jurisdiction of the Court is proper under §706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3). The amount in controversy exceeds $75,000.00. Jurisdiction is also proper under 42 U.S.C.§1981.

3.5 As the unlawful employment practices complained of herein occurred within the Southern District, venue is proper in this district pursuant to §706(f(3) of Title VII, 42 U.S.C. §2000e-5(f)(3) and 42 U.S.C. § 1981 and 1983.

<div align="center">IV.</div>

<div align="center">**Exhaustion of Administrative Remedies**</div>

4.1 Within 180 days of the occurrence of the acts complained of, plaintiff filed her initial complaint with the Texas Workforce Commission – Civil Rights Division, formerly known as the Texas Commission on Human Rights and the Equal Employment Opportunity Commission, alleging that the Defendant employer had committed unlawful employment practices against the Plaintiff in violation of the Texas Commission on Human Rights Act ("TCHRA"). The formal charge and the "Notice of the Right to File A Civil Action Letter" were filed and received as follows:

Formal Complaint Filed: August 12th, 2024

Notice of Right to File
A Civil Action Letter Received: April 9th, 2025

4.2 On April 9th, 2025, Plaintiff received from the Texas Workforce Commission – Civil Rights Division, formerly known as the Texas Commission on Human Rights, Plaintiff's Notice of Right to File A Civil Action letter allowing the Plaintiff to file this lawsuit within sixty days of its receipt. Plaintiff's statutory claims have been filed within sixty days of its receipt. A copy of this notice is attached as Exhibit "A" and is incorporated for all purposes by reference. Plaintiff further invokes the relation back theory as well as any and all equitable doctrines necessary to satisfy the administrative requirements set forth by law. All conditions precedent to the filing of this lawsuit and as required by law have been performed or have occurred.

RECEIVED
CSOS 13 2025
OFFICE OF

## Factual Background

5.1     In or around 2005, Plaintiff Anne Ikponmwonba was hired by the Texas Health and Human Services Commission to work as a Pharmacist at the Rio Grande State Center. Most recently Plaintiff Anne Ikponmwonba was employed as a Staff Pharmacist earning approximately $142,735.00 plus fringe benefits. During her career with the commission and the hospital, Ms. Ikponmwonba faithfully performed all of her duties with dedication, hard work, and undivided loyalty. During the last six months of her employment, Plaintiff Anne Ikponwonba was subjected to discriminatory animus, disparate treatment and/or a hostile work environment on account of her age (67; DOB: XX/XX/1957), on account of her race (African American), on account of her color (Black) and/or on account of retaliation for engaging in protected activity.

5.2     On or about August 9th, 2024, Plaintiff Anne Ikponmwonba was issued a Disciplinary Action Notice by Leah Nunez, Director of Pharmacy. On the notice, Ms. Nunez incorrectly provided incident and alleged violation of commission polices, this counseling constituted a hostile work environment. Prior to the notice, Ms. Nunez created a hostile work environment by submitting false complaints and micromanaging Plaintiff Anne Ikponmwonba. The Defendant employer has been aware of the hostility between Plaintiff Anne Ikponmwonba and Defendant Leah Nunez.

5.3     Leah Nunez, Director of Pharmacy would constantly question Plaintiff Anne Ikponmwonba when she would retire. Leah Nunez humiliated Plaintiff Anne Ikponmwonba in front of other staff members and Sonia Keeble Hernandez was aware of some of the incidents. Plaintiff Anne Ikponmwonba has been employed with the commission and hospital for almost twenty years without any formal warnings, or performance improvement plans regarding her performance as a pharmacist. The commission and hospital subjected the Plaintiff to

discrimination and/or retaliation on account of her age, race and/or color in the form of terminating her employment.

5.5 In or around February 2021, Plaintiff Anne Ikponmwonba filed an internal Civil Rights Complaint against Ms. Nunez because when Plaintiff Anne was out on FMLA leave due to her health issues, Ms. Nunez would contact Plaintiff out of office hours and on FMLA leave. While Plaintiff Anne was out receiving treatment, Plaintiff Anne was contacted by her job multiple times. Plaintiff Anne informed the commission and hospital employees to reach the director, Leah Nunez as she should have known that Plaintiff Anne was out on FMLA leave. When Plaintiff Anne returned, Plaintiff Anne received several threats of being placed on probation for not assisting while being on FMLA leave. Plaintiff Anne Ikponmwonba was reprimanded and accused for allegedly not knowing how to properly handle a situation when the pyxis machine malfunctioned.

5.6 On July 20th , 2024, Plaintiff Anne Ikponmwonba was clocking out of her shift, from about 2:00 pm to about 6:00 pm, after medication delivery to the Units at around 5:30 pm with no log in issues. As she was heading home, she received a call from a nurse in Unit 2 at 6:47 pm. Plaintiff Anne Ikponmwonba was informed that there was a "login issue" with regard to the Pyxis machine. The Unit 2 nurse insisted that there was no need for Anne to come in and that she would try to reboot the Pyxis machine, but Anne insisted and returned to the facility to help the nurse with the "login issue". Plaintiff Anne Ikponmwonba returned to the pharmacy at 7:00 pm to personally assist the nurses with what she thought was a simple "login issue".

5.7 At 7:04 pm, Plaintiff Anne Ikponmwonba called Pyxis Technical Support. There was no response from them, so Plaintiff Anne Ikponmwonba left a message with a callback number. Anne then left to Unit 1 to assess if the Unit also had log-in issues. Plaintiff Anne

Ikponmwonba had been with the Rio Grande State Center for almost 20 years and had never received the proper training on what to do when the Pyxis machine malfunctioned. At 7:15 pm, Plaintiff Anne Ikponmwonba went to Unit 1 to assess the log-in issue when she figured out that Roxanne also could not log in. Plaintiff Anne determined that it was probably a technical issue, not a simple log-in issue.

5.8     At 7:21 pm Plaintiff Anne Ikponmwonba called Director of Pharmacy Leah Nunez and immediately notified her of the situation. Leah Nunez was notified about 6 minutes after Anne learned that the Pyxis machine had a systemic facility-wide failure. Hurricane policy situations allow a pharmacist to prepare several days ahead. However, this was a different scenario. At this time, Leah Nunez had no policy or procedures in place, as per TAC Code requirements, such as Kasey's report/policy on drug distribution for Automated Medication Supply Systems, nor any contingency plans to address situations such as Pyxis malfunctions. Plaintiff Anne Ikponmwonba needed to receive direct guidance from Leah Nunez. Leah Nunez provided information and training on how to manage and bypass Pyxis failures, as confirmed by her email on July 22nd, 2024. (two days post-pyxis failure). Approximately 24 minutes later, Plaintiff Anne Ikponmwonba sent Leah a text message stating that no one was able to log in facility-wide and that she would be heading home, due to her being at the hospital for an extended period of time, while waiting for response from Tech Support, but stayed in communication with the units. Plaintiff Anne Ikponmwonba left the facility to take her medication at home but remained on call. Ms. Nunez did not respond to Anne's text message, nor did Leah give Anne any direct instructions not to leave home. Plaintiff Anne left the facility a little after 8:00 pm as she waited for a response from Leah for about 40 minutes. On a previous occasion, the Pyxis machine error took about seven hours to resolve. A week before, Mary Ramos expressed concerns

about overtime turned in by Anne Ikponmwonba and Dr. Yamaguchi. Mary Ramos had advised Anne Ikponmwonba that with such a possible delay to inform Leah Nunez. Leah Nunez did not express any objections, feedback, or instructions to stay as she claims on the Disciplinary Action Notice and Disciplinary Action Decision.

5.9     Again, the Rio Grande State Center does not have a current policy or procedure in place for when the Pyxis Machine malfunctions. Plaintiff Anne Ikponmwonba took appropriate action by calling Pyxis Technical Support. Anne then called the Director of Pharmacy, Leah Nunez, after Nurse Sonia had previously called Leah Nunez while Anne was at Unit 1 with Roxanne. Anne then asked Roxanne to log in. Leah Nunez serves as the Director of Pharmacy and is responsible for policy development , control, supervision, and program implantation of the Rio Grande State Center and was accountable for the effective delivery of all pharmacy services to the patients.

5.10    Leah Nunez transferred all incoming calls to herself and completely cut off all communication with Plaintiff Anne Ikponmwonba. However, nurses at the unit had Anne's phone number to stay in contact with the unit to obtain updates on the Pyxis machine. Plaintiff Anne sent several messages to Leah Nunez to also obtain information on the Pyxis machine, but Leah Nunez ignored her messages. Plaintiff Anne was not told to stay at the facility nor was she given any further instructions after notifying Leah Nunez as she stated on the Disciplinary Action Notice. Leah's statement is incorrect, when she claimed, "I told you that I was on my way to the facility, but you did not wait until I arrived. Rather, you left without obtaining any authorization to do so.". Anne returned to the facility at about 9:30 pm to deliver medication to Unit 1 and was told by Roxanne that the medication had already been delivered by Leah Nunez and Jody. Plaintiff Anne Ikponmwonba went to speak with the Facility IT Technician, Ismael Moreno at Unit 1.

Thereafter, Leah Nunez instructed Plaintiff Anne to go home, and that Leah would complete the process of the Pyxis failure resolution.

5.11    On July 22, 2024, Plaintiff Anne Ikponmwonba sent an email to Leah Nunez, and copied Mary Ramos and Sonia Hernandez on the email, explaining the timeline of events on July 20th, 2024. On July 25th, 2024, Plaintiff Anne Ikponmwonba came into the facility and began preparing for order verification. Plaintiff Anne began to have log-in issues with Citrix. Leah Nunez was not in the pharmacy at 8:00 am, but Melanie Villarreal was the only Staff present. A quick review of the RSC order verification report shows that the first order at the opening of business day (8:00 am) was entered at 9:22 am. The IT technician Gabriel Cortez or Valdez can testify to the correct interpretation of this report. Leah Nunez did not work at the appropriate time. Leah Nunez was not at work and her whereabouts were not known until about 9:00 am. Kasey came in after Leah. That was the time Anne placed the IT tech on a brief hold to let Leah know that she needed some help with the Order verification process because Anne was not able to log-in with Citrix. Leah yelled at Anne, questioning why it took her so long to verify orders. However, Leah Nunez would have been aware of the issue if she had been at work on time at 8:00 am.

5.12    On or about August 9th, 2024, Plaintiff Anne Ikponmwonba was accused of violating multiple policies, was issued a Disciplinary Action Notice, and was later wrongfully terminated on August 15, 2024 by Sonia Keeble Hernandez who is the Executive Director of the Rio Grande State Center and who is responsible for policy development, control, supervision, and program implantation of the Rio Grande State Center and was accountable for the effective delivery of all pharmacy services to the patients. On or about August 16th, 2024, Anne Ikponmwonba received a letter stating that she was terminated effective August 15th, 2024. Plaintiff Anne Ikponmwonba was hired as the Director of Pharmacy and Chief Pharmacist for the

State of Texas from 2005 until she stepped down to Staff/ Clinical practice in 2012, Anne has continued to work and stepped into the Director of Pharmacy position whenever the facility needs a director of pharmacy to provide coverage and compliance for up to three times before Leah Nunez became the director. Plaintiff Anne Ikponmwonba would work these periods as Director, Staff Pharmacist and clinical pharmacist without an adjustment of compensation to meet the demands since 2012. Throughout her years of service at Rio Grande State Center and throughout her entire career, Anne has never received a single reprimand for policy violations or any type of malpractice. Dr. David Moron, Clinical Director, and Dr. Yamaguchi, and Selene Marez (DON) can attest on Anne Ikponmwonba's proficiency, hard work, dedication, and commitment throughout all those years.

5.12    Sonia Keeble acknowledged Anne in February 2024 with an Appreciation written letter for Anne's anniversary after Anne cleared Leah Nunez's policy violations by setting proper policies in place assisting the hospital to get back on track. Plaintiff Anne Ikponmwonba created the policies and procedures when she initially began working with the commission. However, Plaintiff Anne Ikponmwonba was never tasked with, trained or educated with the proper training on what to do if the pyxis machine malfunctioned. The malfunction was only blamed on Ms. Anne Ikponmwonba for not knowing about something that no one else knows how to properly handle. Plaintiff Anne Ikponmwonba was being discriminatorily targeted by Leah Nunez when she failed to properly practice procedures and regulations with Plaintiff Anne Ikponmwonba. Plaintiff Anne Ikponmwonba is a Black African American and is the only one being accused of the alleged incident.

5.13    Plaintiff Anne Ikponmwonba is qualified for her position as a Staff Pharmacist as she is a Doctor of Pharmacy and has all the educational qualifications for her position. Plaintiff

Anne Ikponmwonba was subjected to a hostile work environment, and Plaintiff Anne Ikponmwonba was treated less favorably than employees who were outside the protected class. Younger employees who were not Black, African American employees were not treated in a discriminatory manner like Plaintiff Anne Ikponmwonba was. Plaintiff Anne Ikponmwonba has been subjected to different terms, privileges, and conditions of employment based on Plaintiff's protected characteristics.

5.14    Plaintiff further asserts and intends to prove that the mistreatment received by her was part of a pattern and practice engaged in by the Defendant employer towards the Plaintiff and others similarly situated.

## VII.

## Causes of Action

### Violations of the Texas Commission on Human Rights Act

6.1  Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1.1-5.14 of this petition with the same force and effect as if set forth herein.

6.2 Defendant has intentionally discriminated against Plaintiff in the terms and conditions of her employment on the basis of her race, Black, and National Origin in violation of Title VII and the Texas Commission of Human Rights Act.

6.3 Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as result of Defendant's discriminatory practices unless and until the Courts grants relief. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1.1-5.14 of this Complaint with the same force and effect as if set forth herein.

6.4 Defendant has intentionally discriminated against Plaintiff in the terms and conditions of her employment on the basis of her race, Black, and National Origin and in

violation of 42 USC sec. 1981 through sec. 1983. Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until the Courts grants relief.

6.5 Defendant's actions are so egregious that the court, upon trial and judgment, should punish the Defendant for its callous disregard for the Plaintiff's rights by ordering punitive damages.

6.6 Plaintiff re-alleges the allegations contained in Section VI, entitled *Factual Background*.

6.7 Plaintiff is a qualified individual who can perform the work of a pharmacist. Plaintiff Anne Ikponmwonba was considered a valuable member of the team. However, after the discriminatory acts of Leah Nunez, Plaintiff suffered unlawful discrimination, and the commission failed to address Plaintiff Anne Ikponmwonba concerns.

6.8 During the last six months of her employment, Plaintiff Anne Ikponmwonba was subjected to discriminatory animus, disparate treatment and/or a hostile work environment on account of her age, (67; DOB: XX/XX/1957) and /or on account of her race (African American), on account of her color (Black) and/or retaliation for engaging in protected activity.

6.9 Plaintiff further asserts and intends to prove that the mistreatment received by her was part of a pattern and practice engaged in by the Defendant employer towards the Plaintiff and others similarly situated.

6.10 Plaintiff Anne Ikponmwonba is (1) an older worker who is over the age of forty under the Texas Commission on Human Rights Act and the Age Discrimination in Employment Act of 1967; (2) Plaintiff was qualified for her position as a pharmacist as she had been performing those duties over the last eighteen years; (3) Plaintiff was subjected to an adverse

employment action; and (4) Plaintiff was either (a) replaced by someone outside the protected class, or (b) treated less favorably than a similarly-situated employee who was outside the protected class (or in age discrimination cases, substantially younger), or (c) otherwise subjected to an adverse employment action because of her protected characteristic.

6.11 Given that Robert Rios, a male Hispanic pharmacist was hired with an initial salary of approximately $152,000.00. However, when the position was posted, it was said that the new hires could not earn more than the current pharmacist at the Rio Grande State Center. Robert Rios is earning significantly more than Plaintiff Anne Ikponmwonba who was employed for eighteen years. Additionally, Plaintiff Anne Ikponmwonba's replacement, Rachel Rodriguez, a young Hispanic female was hired at a $156.000.00 salary, earning significantly more than Plaintiff Anne Ikponmwonba who was employed for eighteen years. The stated reason for the Plaintiff's termination of her position is false, discriminatory, and is a pretextual reason.

### Section 21.051 Discrimination by Employer

An employer commits an unlawful employment practice if because of *race*, color, disability, religion, sex, *national origin*, or **age**, the employer:

1. *Fails or refuses to hire an individual, discharges an individual, or discriminates in any other manner against the individual in connection with compensation or the terms, conditions, or privileges of employment*; or

2. *Limits, segregates or classifies* an employee or applicant for employment in a manner that would deprive or tend to deprive an *individual of any employment opportunity or adversely affect in any other manner the status of the employee.*

(West 2023)(emphasis added).

### Section 21.055, Retaliation

An employer, labor union or employment agency commits an unlawful employment practice if the employer, labor union or employment agency *retaliates* or *discriminates* against a person who, under this Chapter:

1. ***Opposes discriminatory practice;***

2. Makes or files a charge;

3. ***Files a complaint; or***

4. Testifies, assists or participates in any manner in an investigation, proceeding or hearing.
(West 2023) (emphasis added).

6.10 With regard to retaliation under the Texas Labor Code and TCHRA as well as Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964, Plaintiff Anne Ikponmwonba will prove (1) that she was engaged in an activity protected by the TCHRA, ADEA, and Title VII of the Civil Rights Act of 1964 and (2) that an adverse employment action or other retaliatory conduct occurred, and (3) that there was a causal connection between the participation in the protected activity and the retaliation.

6.11 As a result of the discriminatory and/or retaliatory treatment and/or other wrongful conduct described above, Plaintiff's ultimate termination and the acts and/or omissions described herein, Plaintiff has suffered compensable damages as further alleged in this Petition.

<div align="center">

VII.
### Actual Damages

</div>

7.1 As a result of the incident made the basis of this suit, Plaintiff Anne Ikponmwonba has incurred damages in the following respects:

**A.    Lost Earnings and Special Damages**

7.2 At the time of the incident complained of Plaintiff was gainfully employed with the Defendant employer as a Pharmacist. As a proximate result of the wrongful acts of the Defendant

employer, the Plaintiff was unable to attend to her usual occupation and thereby suffered a loss of income for which she hereby sues. As a result of the wrongful acts of the Defendant employer, the Plaintiff's earnings, retirement, and capacity to earn a livelihood were severely impaired. In all reasonable probability, the Plaintiff's loss of earnings and loss of earning capacity will continue long into the future, if not for the balance of the Plaintiff's natural life. Plaintiff therefore sues for any lost earnings in the form of back pay, lost wages, front pay, retirement benefits, fringe benefits, loss of reputational injury, lost future earnings and/or diminished earning capacity to the extent permitted by law, due to the acts complained of above.

**B.     Past and Future Mental Anguish**

7.3 As a result of the incident described above, that is made the basis of this suit, Plaintiff has suffered physical injuries, sickness and/or illness as well as emotional distress, mental anguish, loss of enjoyment of life, pain and suffering, inconvenience and other hedonic damages. The Plaintiff has suffered feelings of anxiety, despair, depression, restlessness, worthlessness, embarrassment and/or inferiority. The Plaintiff has further suffered ill-health effects including but not limited to sleeplessness, depression, anxiety, agitation and loss of self-esteem due to the defendant's discriminatory treatment directed towards her. In all reasonable probability, the Plaintiff will continue to suffer such physical injuries, sickness and/or illness as well as emotional distress, mental anguish, loss of enjoyment of life, pain and suffering, inconvenience and other hedonic damages for long into the future if not for the balance of her natural life.

## VIII.
### Attorney's Fees

8.1 By reason of the allegations of this petition and should Plaintiff be designated the "prevailing party", Plaintiff is entitled to recover attorney's fees in a sum that is reasonable and

necessary. In this connection, Plaintiff will show that he has employed the undersigned attorneys to assist him in the prosecution of this action.

8.2 Plaintiff further seeks an upward adjustment or enhancement to the lodestar amount of attorney's fees to be determined in the prosecution of this lawsuit. A reasonable attorney's fee is further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts. If ultimately successful in this case, plaintiff fully expects that the Defendants will appeal this case.

8.3 Plaintiff seeks attorney's fees to compensate the Plaintiff for the attorney's fees he has and will incur in the prosecution of this lawsuit, both at trial and on appeal. Plaintiff further pleads for the recovery of reasonable and necessary expenses for the use of associate attorneys, paralegals, legal assistants and/or law clerks that assist in the prosecution of the case. As permitted, Plaintiff also seeks to re-coup all litigation expenses expended in the prosecution of this lawsuit.

## IX.
## <u>Exemplary Damages</u>

9.1 The conduct of the Defendants, as set out above, was carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of the Plaintiff. Because of the spite, ill-will, malicious and/or fraudulent intent held by the Defendants toward the Plaintiff, such defendants, acting in a willful and intentional manner, committed certain acts calculated to cause injury and/or damage to the Plaintiff. Accordingly, the Defendants acted with malice, actual malice and/or a specific intent to injure the Plaintiff. The Plaintiff is hereby entitled to recover exemplary or punitive damages to deter such cruel and undignified procedures by the Defendants and its management in the future. Accordingly, Plaintiff requests that punitive damages be awarded against the Defendants as a result of its egregious violations of the law.

## X.
### Demand for Trial by Jury



10.1 Plaintiff, by and through her attorney of record, and pursuant to Rule 216 of the Texas Rules of Civil Procedure, makes and files this Demand for Trial by Jury in the above styled and numbered cause. Contemporaneously with the filing of this jury demand, Plaintiff has deposited the required jury fee with the District Clerk of Cameron County, Texas. Plaintiff requests that this case be set on the jury docket of the court for disposition in due order and as soon as practicable.

**WHEREFORE,** Plaintiff, ANNE IKPONMWONBA, prays that this Honorable Court grant the following:

(1)     Judgment against the Defendants, for all of the Plaintiff's damages. Plaintiff would respectfully request that should the jury after evaluating all of the credible evidence and after so finding liability based upon the preponderance of the credible evidence in this matter; then in such an event, and if also so found by the jury, Plaintiff would then request damages in line with the credible evidence presented that would fairly and reasonably compensate the Plaintiff for all of the harms and losses that she has sustained throughout this ordeal;

(2)     Attorney's fees;

(3)     Pre-judgment interest allowed by law;

(4)     Interest on said judgment at the legal rate from the date of judgment;

(5)     For costs of suit herein; and

(6)     For such other and further relief, at law or in equity, to which the Plaintiff may show herself justly entitled to receive and for which she shall forever pray.

Respectfully submitted,

**LAW OFFICES OF**
**JOSE G. GONZALEZ**

4129 N. 22nd Street, Suite 8
McAllen, Texas 78504
Telephone:(956) 731-4324
Facsimile: (956) 731-4327

By:*/s/Carlos E. Hernandez Jr.*
**Carlos E. Hernandez, Jr., Of Counsel**
State Bar No. 00787681
Attorneys for Plaintiff
**ANNE IKPONWONMBA**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Marilynn Villarreal on behalf of Carlos Hernandez
Bar No. 787681
marilynn.jgglaw@gmail.com
Envelope ID: 101734139
Filing Code Description: Petition
Filing Description: Plaintiff Anne Ikponmwonba's Original Petition
Status as of 6/6/2025 4:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carlos EHernandez | | carlos.hernandezjr@gmail.com | 6/6/2025 3:42:07 PM | SENT |
| Marilynn Villarreal | | Marilynn.jgglaw@gmail.com | 6/6/2025 3:42:07 PM | SENT |

FILED - 6/6/2025 3:42 PM
2025-DCL-03238 / 101734139
LAURA PEREZ-REYES
Cameron County District Clerk
2025-DCL-03238 By Gina Elias
Deputy Clerk



# Exhibit A

# Texas Workforce Commission

A Member of Texas Workforce Solutions

Tue Apr 08 00:00:00 EDT 2025

Anne Ikponmwouba
c/o Carlos E Hernandez Jr.
Law Office of Jose G. Gonzalez
4129 N 22nd St Suite 8
Mcallen, TX 78504

Bryan Daniel, Chairman Commissioner
Representing the Public

Alberto Treviño III
Commissioner Representing Labor

Joe Esparza
Commissioner Representing Employers

Edward Serna
Executive Director

RE: **LETTER OF NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1A24973                EEOC: 31C-2024-00958
RE: Anne Ikponmwouba v Texas Health and Human Services Commission

Dear Anne Ikponmwouba:

Charging Party alleges that they have been subjected to Terms/Conditions, Harassment and Discipline based on their Age, Color, National Origin, Race and Retaliation. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division. Upon issuance the TWCCRD will immediately close this case.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Angela Zoch for Bryan Snoddy*       4/9/2025

Bryan Snoddy           Date
Division Director

cc:
Texas Health and Human Services
Commission
Dagoberto Garza
1401 Rangerville Road
Harlingen, TX 78550

E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities

TEXAS
WORKFORCE SOLUTIONS
Appx. 026

| CITATION BY CERTIFIED MAIL |

# THE STATE OF TEXAS
## 2025-DCL-03238-D

TO    **Texas Health and Human Services Commission**
**By Serving Its Executive Commissioner**
**Dr Cecile Erwin Young**
**1100 West 49th St**
**Austin TX  78756**

| | | |
|---|---|---|
| **Anne Ikponmwonba** | § | IN THE 103RD DISTRICT COURT |
| VS | § | OF |
| **Texas Health and Human Services Commission** | § | CAMERON COUNTY, TEXAS |
| **Rio Grande State Center** | | |
| **Leah  Nunez** | | |
| **Sonia Hernandez** | | |

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

The File Number of Suit Being:    **2025-DCL-03238-D**
The Style of the Case is:    **Anne Ikponmwonba vs.  Texas Health and Human Services Commission, Rio Grande State Center, Leah  Nunez, Sonia Hernandez**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.

ATTORNEY:
**Carlos E. Hernandez, Jr.**
**956-731-4324**
**4129 N 22nd Street**
**Ste 8**
**McAllen TX  78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520

Signed 6/9/2025 8:36:28 AM

By: _____
**Gina Elias**, Deputy Clerk

Appx. 027

Copy from re:SearchTX

| 2025-DCL-03238-D | 103rd District Court |
| --- | --- |
| Anne Ikponmwonba vs. Texas Health and Human Services Commission, Rio Grande State Center, Leah Nunez, Sonia Hernandez | |

**RETURN OF SERVICE**

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand **on this the 9th day of June, 2025** I hereby certify that on **June 09, 2025**, I mailed to **Texas Health and Human Services Commission Dr Cecile Erwin Young 1100 West 49th St Austin TX 78756** by **CERTIFIED MAIL (WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, RETURN RECEIPT REQUESTED)**, a true copy of this CITATION with a copy of the **Plaintiff Anne Ikponmwonba's Original Petition** attached hereto.

**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520

By: _____
**Gina Elias**

Appx. 028

Copy from re:SearchTX

LAURA PEREZ-REYES
CAMERON COUNTY DISTRICT CLERK
974 E HARRISON ST
BROWNSVILLE, TX 78520-7123



**9269 3901 0661 5400 0208 2737 40**

**RETURN RECEIPT (ELECTRONIC)**

**2025-DCL-03238**                    **RESTRICTED DELIVERY**

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
BY SERVING ITS EXECUTIVE COMMISSIONER
DR CECILE ERWIN YOUNG
1100 WEST 49TH ST
**AUSTIN, TX  78756**

........................................................................................ CUT / FOLD HERE ........................................................................................

Zone 3

........................................................................................ 6"X9" ENVELOPE ........................................................................................
CUT / FOLD HERE

........................................................................................ CUT / FOLD HERE ........................................................................................

Appx. 029

Copy from re:SearchTX

IMebCertified9x5Label v2022.6.16.1

# THE STATE OF TEXAS
## 2025-DCL-03238-D

TO     **Rio Grande State Center**
**By Serving Its Executive Commissioner**
**Sonia-Keeble Hernandez**
**1401 S Rangerville Rd**
**Harlingen TX 78552**

| | | |
| --- | --- | --- |
| **Anne Ikponmwonba** | § | IN THE 103RD DISTRICT COURT |
| VS | § | OF |
| **Texas Health and Human Services Commission** | § | CAMERON COUNTY, TEXAS |
| **Rio Grande State Center** | | |
| **Leah Nunez** | | |
| **Sonia Hernandez** | | |

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you." *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

The File Number of Suit Being:     **2025-DCL-03238-D**
The Style of the Case is:     **Anne Ikponmwonba vs. Texas Health and Human Services Commission, Rio Grande State Center, Leah Nunez, Sonia Hernandez**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.



ATTORNEY:
**Carlos E. Hernandez, Jr.**
**956-731-4324**
**4129 N 22nd Street Ste 8**
**McAllen TX 78504**

**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520
Signed: 6/9/2025 8:43:36 AM

By: _____
**Gina Elias, Deputy Clerk**

Appx. 030

Copy from re:SearchTX

| 2025-DCL-03238-D | 103rd District Court |
|---|---|
| **Anne Ikponmwonba vs. Texas Health and Human Services Commission,Rio Grande State Center, Leah Nunez, Sonia Hernandez** | |

## RETURN OF SERVICE

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand **on this the 9th day of June, 2025** I hereby certify that on **June 09, 2025**, I mailed to **Rio Grande State Center Sonia-Keeble Hernandez 1401 S Rangerville Rd Harlingen TX 78552** by **CERTIFIED MAIL (WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, RETURN RECEIPT REQUESTED)**, a true copy of this CITATION with a copy of the **Plaintiff Anne Ikponmwonba's Original Petition** attached hereto.

**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520

By: _____
**Gina Elias**

Copy from re:SearchTX

LAURA PEREZ-REYES
CAMERON COUNTY DISTRICT CLERK
974 E HARRISON ST
BROWNSVILLE, TX 78520-7123



**9269 3901 0661 5400 0208 2742 73**

**RETURN RECEIPT (ELECTRONIC)**

**2025-DCL-03238**                    **RESTRICTED DELIVERY**

RIO GRANDE STATE CENTER
BY SERVING ITS EXECUTIVE COMMISSIONER
SONIA-KEEBLE HERNANDEZ
1401 S RANGERVILLE RD
**HARLINGEN, TX 78552**

........................................................................................................................................................................................................................
CUT / FOLD HERE

Zone 1

........................................................................................................................................................................................................................
6"X9" ENVELOPE
CUT / FOLD HERE

........................................................................................................................................................................................................................
CUT / FOLD HERE

Appx. 032

Copy from re:SearchTX

IMpbCertified8x5Label v2023.6.16.1

# THE STATE OF TEXAS
## 2025-DCL-03238-D

| | | |
| --- | --- | --- |
| Anne Ikponmwonba | § | IN THE 103RD DISTRICT COURT |
| VS | § | OF |
| Texas Health and Human Services | § | CAMERON COUNTY, TEXAS |
| Commission | | |

TO      **Leah  Nunez**
**1401 S Rangerville Rd**
**Harlingen TX  78552**

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**     *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

2025-DCL-03238-D

Anne Ikponmwonba
 Vs.
Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.

ATTORNEY:

**Carlos E. Hernandez, Jr.**
**00787681**
**956-731-4324**
**4129 N 22nd Street Ste 8**
**McAllen TX  78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520

Signed: 6/9/2025 9:13:33 AM

By:_____
**Gina Elias**, Deputy Clerk

Appx. 033

Copy from re:SearchTX

| 2025-DCL-03238-D<br>103rd District Court | Anne Ikponmwonba<br>Vs.<br>**Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez** |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE

_____

_____

_____

_____

_____Officer

_____County, TX

By:_____Deputy

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## OFFICERS RETURN

Came to hand on the _____ day of _____, at _____o'clock ___m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

FEES:

SERVING PETITION/COPY $_____

TOTAL:                    $_____

_____Officer

_____County, TX

By:_____Deputy

_____

AFFIANT

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:

"My name is _____, my date of birth is _____, my address is

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____

ID Number/Expiration of Certification

_____

Declarant/Authorized Process Server

Appx. 034

Copy from re:SearchTX

# THE STATE OF TEXAS
## 2025-DCL-03238-D

| | | |
|---|---|---|
| Anne Ikponmwonba | § | IN THE  103RD DISTRICT COURT |
| VS | § | OF |
| Texas Health and Human Services | § | CAMERON COUNTY, TEXAS |
| Commission | | |

TO      **Sonia Hernandez**
        **1401 S Rangerville Rd**
        **Harlingen TX  78552**

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**    *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

| | |
|---|---|
| 2025-DCL-03238-D | Anne Ikponmwonba |
| |  Vs. |
| | Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez |

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.

ATTORNEY:

**Carlos E. Hernandez, Jr.**
00787681
956-731-4324
4129 N 22nd Street
Ste 8
**McAllen TX  78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520
Signed: 6/9/2025 9:17:22 AM

By:_____
**Gina Elias**, Deputy Clerk

Appx. 035

Copy from re:SearchTX

| 2025-DCL-03238-D<br>103rd District Court | Anne Ikponmwonba<br>Vs.<br>Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez |
|---|---|

### RETURN OF SERVICE

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE

_____Officer

_____ _____County, TX

_____

_____

_____ By:_____Deputy

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### OFFICERS RETURN

Came to hand on the _____ day of _____, at _____o'clock ___m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

FEES: _____Officer

SERVING PETITION/COPY $_____ _____County, TX

TOTAL:                              $_____

By:_____Deputy

_____

AFFIANT

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:

"My name is _____, my date of birth is _____, my address is

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____ _____

ID Number/Expiration of Certification          Declarant/Authorized Process Server

Appx. 036

Copy from re:SearchTX

| CITATION BY CERTIFIED MAIL |
| --- |

# THE STATE OF TEXAS
# 2025-DCL-03238-D

TO    **Texas Health and Human Services Commission**
**By Serving Its Executive Commissioner**
**Dr Cecile Erwin Young**
**1100 West 49th St**
**Austin TX  78756**

| | | |
| --- | --- | --- |
| **Anne Ikponmwonba** | § | IN THE 103RD DISTRICT COURT |
| VS | § | OF |
| **Texas Health and Human Services Commission** | § | CAMERON COUNTY, TEXAS |
| **Rio Grande State Center** | | |
| **Leah  Nunez** | | |
| **Sonia Hernandez** | | |

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

The File Number of Suit Being:    **2025-DCL-03238-D**
The Style of the Case is:    **Anne Ikponmwonba vs.  Texas Health and Human Services Commission, Rio Grande State Center, Leah  Nunez, Sonia Hernandez**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.

ATTORNEY:
**Carlos E. Hernandez, Jr.**
**956-731-4324**
**4129 N 22nd Street**
**Ste 8**
**McAllen TX  78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520

Signed:6/9/2025 8:36:28 AM

By:_____
**Gina Elias**, Deputy Clerk

Appx. 037

Copy from re:SearchTX

| 2025-DCL-03238-D | 103rd District Court |
|---|---|
| Anne Ikponmwonba vs. Texas Health and Human Services Commission, Rio Grande State Center, Leah Nunez, Sonia Hernandez | |

**RETURN OF SERVICE**

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand **on this the 9th day of June, 2025** I hereby certify that on **June 09, 2025**, I mailed to **Texas Health and Human Services Commission Dr Cecile Erwin Young 1100 West 49th St Austin TX 78756** by **CERTIFIED MAIL (WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, RETURN RECEIPT REQUESTED)**, a true copy of this CITATION with a copy of the **Plaintiff Anne Ikponmwonba's Original Petition** attached hereto.

**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520

By: _____
**Gina Elias**

Appx. 038

Copy from re:SearchTX

# THE STATE OF TEXAS
## 2025-DCL-03238-D

| | | |
| --- | --- | --- |
| Anne Ikponmwonba | § | IN THE  103RD DISTRICT COURT |
| VS | § | OF |
| Texas Health and Human Services | § | CAMERON COUNTY, TEXAS |
| Commission | | |

TO    **Leah  Nunez**
       **1401 S Rangerville Rd**
       **Harlingen TX  78552**

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**    *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

2025-DCL-03238-D

                                                    Anne Ikponmwonba
                                                     Vs.
                                                     Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.

ATTORNEY:

**Carlos E. Hernandez, Jr.**
**00787681**
**956-731-4324**
**4129 N 22nd Street Ste 8**
**McAllen TX  78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520
Signed: 6/9/2025 9:13:33 AM

By:_____
**Gina Elias**, Deputy Clerk

Appx. 039

Copy from re:SearchTX

<table>
<tr><td><strong>2025-DCL-03238-D</strong><br><strong>103rd District Court</strong></td><td><strong>Anne Ikponmwonba</strong><br><strong>Vs.</strong><br><strong>Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez</strong></td></tr>
</table>

### RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE             _____Officer
_____     _____County, TX
_____
_____
_____     By:_____Deputy

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### OFFICERS RETURN

Came to hand on the _____ day of _____, at _____o'clock ___m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is:
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:                              _____Officer
SERVING PETITION/COPY $_____     _____County, TX
TOTAL:             $_____
                                 By:_____Deputy

                          _____
                                AFFIANT

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is
_____
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____     _____
ID Number/Expiration of Certification                    Declarant/Authorized Process Server

Appx. 040

Copy from re:SearchTX

| CITATION – PERSONAL SERVICE – TRCP 99 |
|:---:|

# THE STATE OF TEXAS
## 2025-DCL-03238-D

Anne Ikponmwonba                                §        IN THE  103RD DISTRICT COURT

VS                                              §        OF

Texas Health and Human Services                 §        CAMERON COUNTY, TEXAS

Commission


TO      **Sonia Hernandez**
        **1401 S Rangerville Rd**
        **Harlingen TX  78552**


**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**    *TRCP. 99*


You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

2025-DCL-03238-D                               Anne Ikponmwonba
                                                Vs.
                                               Texas Health and Human Services Commission,Rio
                                               Grande State Center, Leah  Nunez, Sonia Hernandez


The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.


The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.


Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.


ATTORNEY:

**Carlos E. Hernandez, Jr.**
00787681
956-731-4324
4129 N 22nd Street
Ste 8
**McAllen TX  78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520
Signed: 6/9/2025 9:17:22 AM

By:_____
**Gina Elias**, Deputy Clerk

Appx. 041

Copy from re:SearchTX

| 2025-DCL-03238-D<br>103rd District Court | Anne Ikponmwonba<br>Vs.<br>Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE

_____

_____

_____

_____

_____Officer

_____County, TX

By:_____Deputy

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## OFFICERS RETURN

Came to hand on the _____ day of _____, at _____o'clock ___m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

FEES:

SERVING PETITION/COPY $_____

TOTAL:               $_____

_____Officer

_____County, TX

By:_____Deputy

_____

AFFIANT

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:

"My name is _____, my date of birth is _____, my address is

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____

ID Number/Expiration of Certification

_____

Declarant/Authorized Process Server

Appx. 042

Copy from re:SearchTX

LAURA PEREZ-REYES
CAMERON COUNTY DISTRICT CLERK
974 E HARRISON ST
BROWNSVILLE, TX 78520-7123



**9269 3901 0661 5400 0208 2742 73**

**RETURN RECEIPT (ELECTRONIC)**

**2025-DCL-03238**　　　　　　　　**RESTRICTED DELIVERY**

RIO GRANDE STATE CENTER
BY SERVING ITS EXECUTIVE COMMISSIONER
SONIA-KEEBLE HERNANDEZ
1401 S RANGERVILLE RD
**HARLINGEN, TX 78552**

RECEIVED
JUN 1 3 2025
OFFICE OF THE
SUPERINTENDENT

55217638 CC

······· CUT / FOLD HERE ·······　　　　　　　　　　　Zone 1

6"X9" ENVELOPE
CUT / FOLD HERE

······· CUT / FOLD HERE ·······

Appx. 043



RECEIVED

JUN 13 2025

OFFICE OF THE
SUPERINTENDENT

## CITATION BY CERTIFIED MAIL

# THE STATE OF TEXAS
# 2025-DCL-03238-D

TO    **Rio Grande State Center**
**By Serving Its Executive Commissioner**
**Sonia-Keeble Hernandez**
**1401 S Rangerville Rd**
**Harlingen TX 78552**

| | | |
|---|---|---|
| **Anne Ikponmwonba** | § | IN THE 103RD DISTRICT COURT |
| VS | § | OF |
| **Texas Health and Human Services Commission** | § | CAMERON COUNTY, TEXAS |
| **Rio Grande State Center** | | |
| **Leah  Nunez** | | |
| **Sonia Hernandez** | | |

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff Anne Ikponmwonba's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 103rd District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Anne Ikponmwonba's Original Petition** was filed in said court on **June 06, 2025**, in the above entitled cause.

The File Number of Suit Being:    **2025-DCL-03238-D**
The Style of the Case is:    **Anne Ikponmwonba vs. Texas Health and Human Services Commission,Rio Grande State Center, Leah  Nunez, Sonia Hernandez**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Anne Ikponmwonba's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 9th day of June, 2025.

ATTORNEY:
**Carlos E. Hernandez, Jr.**
**956-731-4324**
**4129 N 22nd Street Ste 8**
**McAllen TX 78504**



**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas 78520
Signed:6/9/2025 11:43:36 AM

By: _____
**Gina Elias, Deputy Clerk**

RECEIVED

OFFICE OF THE
SUPERINTENDENT

| 2025-DCL-03238-D | 103rd District Court |
|---|---|
| Anne Ikponmwonba vs. Texas Health and Human Services Commission, Rio Grande State Center, Leah Nunez, Sonia Hernandez | |

## RETURN OF SERVICE

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand **on this the 9th day of June, 2025** I hereby certify that on **June 09, 2025**, I mailed to **Rio Grande State Center Sonia-Keeble Hernandez  1401 S Rangerville Rd  Harlingen TX  78552** by **CERTIFIED MAIL (WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, RETURN RECEIPT REQUESTED)**, a true copy of this CITATION with a copy of the **Plaintiff Anne Ikponmwonba's Original Petition** attached hereto.

**Laura Perez-Reyes**
District Clerk of Cameron County
974 E Harrison Street
Brownsville, Texas  78520  8:43:39 AM

By: _____
**Gina Elias**


**UNITED STATES**
**POSTAL SERVICE**

June 16, 2025

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9269 3901 0661 5400 0208 2737 40**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 16, 2025, 11:24 am |
| **Location:** | AUSTIN, TX 78756 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | TEXAS HEALTH AND HUMAN SERVICES COMMISSION |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

FILED ___9:47___ o'clock ___A___ m
LAURA PEREZ-REYES - DISTRICT CLERK

**JUN 17 2025**

DISTRICT COURT OF CAMERON COUNTY, TEXAS
BY _____ DEPUTY

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 9269390106615400020827374
2025-DCL-03238
TEXAS HEALTH AND HUMAN SERVICES COMMISSION
By Serving Its Executive Commissioner
Dr Cecile Erwin Young
1100 West 49th St
Austin, TX  78756-0000

Copy from re:SearchTX

CAUSE NO. 2025-DCL-03238-D

| | | |
|---|---|---|
| ANNE IKPONMWONBA | § | IN THE DISTRICT COURT |
| *PLAINTIFF,* | § | |
| | § | |
| V. | § | |
| | § | CAMERON COUNTY, TEXAS |
| TEXAS HEALTH AND HUMAN | § | |
| SERVICES COMMISSION; RIO | § | |
| GRANDE STATE CENTER; LEAH | § | |
| NUNEZ; AND SONIA HERNANDEZ, | § | |
| *DEFENDANTS.* | § | 103RD JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER, GENERAL DENIAL AND DEFENSES

TO THE HONORABLE DISTRICT COURT JUDGE:

Defendants Texas Health and Human Services Commission ("HHSC"), Rio Grande State Center ("RGC")[1], Leah Nunez and Sonia Hernandez file this Original Answer and Affirmative Defenses (the "Answer") to Plaintiff Anne Ikponmwonba's ("Plaintiff") Original Petition.

### I. GENERAL DENIAL

1. Pursuant to Texas Rule of Civil Procedure 92, Defendants deny each and every allegation and claim in Plaintiff's Original Petition (the "Petition"), and demand strict proof thereof, as required by law.

### II. AFFIRMATIVE AND OTHER DEFENSES

2. Defendants assert the defense of governmental and/or sovereign immunity as to any of Plaintiff's claims for which there has been no statutory or express waiver.

3. Defendants affirmatively assert the applicable statute of limitations to any of Plaintiff's claims made outside the limitations period, if any.

---

[1] The Rio Grande State Center is not a separate and distinct state entity. Rather, HHSC is the government agency that operates this facility. RGC is not a proper party to this lawsuit.

4.    Plaintiff failed to exhaust her administrative remedies or meet all conditions precedent and statutory prerequisites prior to filing this lawsuit, if applicable.

5.    Defendants assert that their actions with regard to Plaintiff would have been the same even in the absence of facts Plaintiff claims resulted from alleged unlawful conduct.

6.    Plaintiff has failed to mitigate her damages, if any.

7.    Defendants assert that any of their decisions challenged by Plaintiff were made for legitimate reasons.

8.    Defendants affirmatively assert that their actions with regard to Plaintiff were taken based solely on information, observation, or evidence, and would have been taken even in the absence of Plaintiff's allegations.

9.    Compensatory and other damages awarded in this matter, if any, are subject to the statutory damage caps provided for in applicable state and federal laws.

10.    Any and all actions taken by Defendants regarding Plaintiff were taken for legitimate reasons.

11.    Plaintiff's own acts and/or omissions contributed to their injuries, if any.

12.    Defendants reserve the right to assert additional affirmative defenses as they become apparent.

### III. PRAYER

Defendants pray that Plaintiff take nothing by this suit, that all costs be taxed and adjudged against Plaintiff, and that Defendants be granted such other and further relief to which they may be justly entitled.

2

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division


*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Texas Bar No. 24104597
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4475 | FAX: (512) 320-0667
kyle.argenbright@oag.texas.gov
**LEAD COUNSEL FOR DEFENDANT**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with TRCP 21a on this the 7th day of July 2025, to:

Law office of Jose G. Gonzalez
4129 N. 22nd Street, Suite 8
McAllen, Texas 78504
(956) 731-4324

<div style="text-align: right;">

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGHT**
Assistant Attorney General

</div>

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Elliott on behalf of Kyle Argenbright
Bar No. 24104597
michelle.elliott@oag.texas.gov
Envelope ID: 102804206
Filing Code Description: Original Answer
Filing Description: Defendants' Original Answer, General Denial and Defenses
Status as of 7/7/2025 12:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carlos EHernandez | | carlos.hernandezjr@gmail.com | 7/7/2025 11:12:24 AM | SENT |
| Marilynn Villarreal | | Marilynn.jgglaw@gmail.com | 7/7/2025 11:12:24 AM | SENT |

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kyle Argenbright | | Kyle.Argenbright@oag.texas.gov | 7/7/2025 11:12:24 AM | SENT |
| Michelle Norred | | michelle.norred@oag.texas.gov | 7/7/2025 11:12:24 AM | SENT |