IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANNE IKPONMWONBA,<br>§ Plaintiff,<br>§<br>v. §<br>§<br>§<br>TEXAS HEALTH AND HUMAN §<br>SERVICES COMMISSION, RIO §<br>GRANDE STATE CENTER, LEAH §<br>NUNEZ, SONIA HERNANDEZ, §<br>§ Defendants. § | CIVIL NO. A-25-CV-1113-ADA-ML |

### ORDER

The above-styled matter is before the court.[1] The court previously ordered Defendants to file a status report and Plaintiff's attorney to show cause by October 3, 2025. Dkt. 10. In light of the appearance of new counsel for Plaintiff, the court **CANCELS** those deadlines. The parties are not required to further comply with that Order.

However, the court now **ORDERS** the parties to meet and confer and file the documents required by the Docket Control Order, Dkt. 6, **no later than October 14, 2025**.

SIGNED October 1, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] This case has been referred to the undersigned in accordance with District Judge Alan D Albright's Magistrate Referral Order, dated February 27, 2025.

1